UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | **Crim No. 21-CR-10350-LTS** |
| ) | |
| JACOB PARLIN   ) | |

**AFFFIDAVIT OF DEFENSE COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO WITHDRAW COUNSEL**

I, Vivianne Jeruchim, counsel for the defendant, do depose and state that:

1. I was appointed to represent the defendant pursuant to the Criminal Justice Act.

2. I have been the defendant's only attorney in his case.

3. The defendant communicated to me that today that he believes that a complete breakdown in communication has occurred between myself and the defendant.

4. It is apparent that the defendant has lost confidence in me and wishes to be represented by someone else.

Sworn to under the pains and penalties of perjury this date.

Date: 5/11/2022                               /s/ Vivianne Jeruchim_____
                                              Vivianne Jeruchim, Esq.

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 11, 2022.

Date: 05/11/2022                              /s/ Vivianne Jeruchim_____
                                              Vivianne Jeruchim, Esq.