UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Criminal No. 21-10350-LTS |
| HARRY TAM, et al., | ) ) ) | |
| Defendants. | ) ) | |

### **PRETRIAL SCHEDULING ORDER**

July 5, 2022

SOROKIN, J.

After an Initial Status Conference held on **June 30, 2022**, it is hereby ORDERED that:

### Trial

1. Jury selection shall commence on **Monday, December 12, 2022 at 9:00 AM**, with trial to follow immediately upon completion of jury selection unless the Jury Office continues to prefer selection on Tuesdays in which case jury selection will occur on **Tuesday, December 13, 2022 at 9:00 AM**.

2. During jury selection, court will be in session from 9:00 AM until 4:30 PM each day, with a break for lunch. During trial, court will be in session from 9:00 AM until 1:00 PM each day, with one morning break.

3. The Court will meet with all counsel at 8:30 AM each day during trial to address and resolve any legal issues before jurors arrive and ensure efficient use of jurors' time when trial is in session.

### Pretrial Deadlines

4. By **November 21, 2022**, the government shall disclose to the defendant:

    a.    Any exculpatory information identified in Local Rule 116.2 that has not been produced previously; and

    b.    A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Federal Rule of Evidence 404(b).

5.    By **November 28, 2022**, statements (as defined in 18 U.S.C. § 3500(e) and Federal Rule of Criminal Procedure 26.2(f)) of witnesses the government intends to call in its case-in-chief shall be produced to the defendant. By **November 28, 2022**, the defendant shall either produce such statements to the government or shall file a status report stating when he intends to do so.

6.    By **November 28, 2022**, the parties shall file proposed voir dire questions, proposed jury instructions, any motions in limine with supporting memoranda, and a trial brief. Responses to any motion in limine shall be filed by **December 5, 2022**.

7.    Hearings on any motions to dismiss, suppress, or sever, any motions in limine, or any other issue that must be resolved before trial will be scheduled as needed, promptly after the relevant motion is fully briefed.

8.    By **December 5, 2022**, the government shall provide to the defendant:

    a.    The names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently decides to call any other witness, the government promptly shall notify the defendant of the name and address of that prospective witness.

      b.      Copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief.  If the government subsequently decides to offer any additional exhibit, the government promptly shall provide the defendant with a copy of the exhibit and a supplemental exhibit list.

9.      By **December 7, 2022**, the defendant shall provide to the government:

      a.      The names and addresses of the witnesses the defendant intends to call in his case-in-chief.  If the defendant subsequently decides to call any other witness, he promptly shall notify the government of the name and address of that witness.

      b.      Copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits, he promptly shall provide the government with a copy of the exhibit and a supplemental exhibit list.

10.      By **December 7, 2022**, the parties shall file a written stipulation of any facts that they agree are not in dispute.

11.      The final pretrial conference will be held on **December 8, 2022** at **2:00 PM.**

### Speedy Trial Act

12.      The following period of time is excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h), for the reasons stated at the Initial Pretrial Conference: **June 30, 2022 - December 12, 2022**.

**NOTE:**   IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN

**THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge