UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>(1)    Harry TAM,;<br>(2)    Tony NGUYEN;<br>(3)    Henry VUONG;<br>(4)    Marcus LEYDEN<br>(5)    Robert OSTRANDER;<br>(6)    James COLAMARIA;<br>(7)    Vincent DUONG;<br>(9)    Eli SANDERS; and<br>(10)  Jacob PARLIN,<br><br>        Defendants | Criminal No. 21-cr-10350-LTS |

## THIRD INTERIM STATUS CONFERENCE REPORT

Pursuant to Local Rule 116.5(a), the United States, by its undersigned counsel, respectfully submits the following status report with respect to the status conference scheduled for July 18th, 2022.

Since the filing of the last status conference report, U.S. District Court Judge Sorokin held a status conference on the above-captioned matter on June 30, 2022. At that time, Judge Sorokin entered an Order setting the final pre-trial date for December 8, 2022, and a trial date of December 12, 2022.

Additionally, Defendant Leyden has now made an initial appearance and was arraigned on July 13, 2022. Discovery was provided to Leyden's counsel on that date.

Since the issuance of this Court's interim Status Report on Many 24, 2022, the government provided the requested additional discovery to Defendant Colamaria and to Defendant Sanders. Counsel for Defendant Parlin is still reviewing the discovery material and counsel for Defendant Leyden, having just received the discovery, will need time to review.

However, since the trial date is now set and no objection was heard given that date, the government respectfully requests that a date for discovery and/or dispositive motions now be set to be filed within the next 30 days.

With respect to the issue of expert disclosures, the government suggests that, in accordance with Judge Sorokin's pretrial order, the date for expert disclosure be set as November 21, 2022, which is currently set as the pretrial deadlines for the disclosure of exculpatory information and evidence offered pursuant to FRCP 404(b).

                                        Respectfully submitted,

                                        RACHAEL S. ROLLINS
                                        United States Attorney

                                        By: */s/ Nadine Pellegrini*
                                        Nadine Pellegrini
                                        Assistant U.S. Attorney
                                        (617) 748-3261

                              Certificate of Service

I hereby certify that I served the foregoing document by ECF on July 15. 2022, to counsel of record.

                                        */s/ Nadine Pellegrini*
                                        Nadine Pellegrini
                                        Assistant U.S. Attorney