Exhibit C

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name: __**10th Circuit - District Division - Hampton**__ ▼

Case Name: **A█████ Y██████**

Case Number:
(if known)

## CIRCUIT COURT BAIL ORDER

Police Dept. __**Rockingham County Sheriffs**__      Agency Case Number: __**2101-100-)F**__

| Date of Offense | Offense | Misd. A | Misd. B | Other |
|---|---|---|---|---|
| 03/31/2021 | **Control Drug Premises** | ☑ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |

It is hereby ordered, pending ☑ arraignment ☐ trial ☐ other hearing or event
on _____ at _____ ☐ AM ☐ PM , that the defendant:

☑ Be released on personal recognizance.

☐ Be released on an unsecured appearance bond in the amount of $ _____

☐ Be detained for not more than 72 hours to allow for filing of a probation violation.

☐ Be released on $ _____ cash or corporate surety bail. The Court finds that this financial condition will not be the cause for continued detention.

☐ Be released on $ _____ cash or corporate surety bail based upon *clear and convincing evidence* that no reasonable alternative or combination of conditions will:
   ☐ Reasonably assure the appearance of the defendant; and/or

   ☐ Reasonably assure that the defendant will not commit an offense while on release.

☐ Be placed in preventive detention pursuant to RSA 597:2, III(a) based on *clear and convincing evidence* that the defendant's release will endanger the safety of defendant or the public.

The Court's determination as to release or detention is based on the consideration of all relevant factors, including all factors bearing on the defendant's ability to post bail, as well as the following:

_____

_____

_____

_____

**CIRCUIT COURT BAIL ORDER**

## Upon release, Defendant is subject to the following conditions:

Defendant shall not commit a federal, state or local crime, must appear at all court proceedings as ordered and must advise the court in writing of all changes of address within 24 hours.

1. ☐ Shall have no contact, direct or indirect, or through a third party with _____
   and shall not come within _____ feet of where that person(s) may be.

2. ☐ Shall not be at the following address/location: _____

3. ☐ Shall live at: _____

4. ☐ Shall not travel outside of New Hampshire.

5. ☑ Shall not possess a firearm, destructive device, dangerous weapon, or ammunition.

6. ☑ Shall refrain from excessive use of alcohol, and use of any narcotic drug or controlled substance as defined in RSA 318-B.

7. ☐ Shall not drive until defendant's license or privilege is restored by the director of the division of motor vehicles.

8. ☐ Shall follow all terms and conditions of probation and/or parole.

9. ☐ Shall sign a waiver of extradition before being released on bail.

10. ☐ The Criminal Bail Protective Order issued on _____ remains in full force and effect.

11. ☐ Other:
    _____
    _____
    _____

### Defendant Information:

Name: A____ Y_____ DOB: _____

Physical address: [REDACTED]

Mailing address (if different): _____

Cell phone #: [REDACTED] Alt. phone #: _____ E-mail: _____

☑ Defendant received a copy of "What You Need to Know."

_____
Defendant Signature

### So Ordered:

03/31/2021
_____          _____
Date                                      Signature of Bail Commissioner

$40 Bail commissioner fee:                **Daniel F. Gildea**
☐ paid  ☐ payment arrangement made  ☐ unpaid    Name of Bail Commissioner

☐ Approved                ☐ Approved as modified              ☐ See Supplemental Bail Order

_____          _____
Date                                      Signature of Judge

                                          _____
                                          Name of Judge

☐ County Attorney/AGs Office     ☐ Sheriff's Department          ☐ Defendant
☐ Defense Counsel                ☐ NH Department of Corrections   ☐ Surety
☐ House of Corrections           ☐ Other _____

NHJB-2369-D (09/14/2020)                  Page 2 of 2

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### https://www.courts.state.nh.us

## WHAT YOU NEED TO KNOW

You must appear in court on _____ at **8:00 am** _____.

The court is <u>10th Circuit - District Division - Hampton</u>     and the address is

3 Timber Swamp Road Hampton, NH _____.

You have been arrested on the following charges:

**Control Drug Premises** _____

---

### IMPORTANT INFORMATION

- Ask to see a bail commissioner if you have been arrested on a new offense.
  - If you don't have $40 to pay the bail commissioner fee, you can pay it later or ask the court to waive the fee if you are indigent.
- If you want a lawyer you must request one by filling out a "REQUEST FOR A LAWYER" form. You can give the form to the bail commissioner.
- You must give the bail commissioner an accurate phone number, cell phone number and an email address (if any) so your lawyer can contact you. The Court may also be able to send you hearing date reminders.

### YOU CAN ASK TO SEE A BAIL COMMISSIONER

- A bail commissioner, appointed by the court, can set bail in your case unless bail has already been set by a judge. If you can't pay the bail commissioner the fee now, the commissioner will still set bail and you can pay the fee later. If you are indigent, you may ask the court to waive the $40 fee.
- The law provides that bail commissioners are entitled to a fee of $40 for their services to set and/or collect bail.
- Once bail is set, you can post bail at any time before going to court by asking to see a bail commissioner.
- If you do not want to see a bail commissioner, or you can't post bail that has been set, you will be brought to court to see a judge within 24 hours of your arrest unless it is a Saturday, Sunday or holiday.

### YOU CAN ASK FOR A COURT APPOINTED LAWYER if you have been arrested on a Class A misdemeanor or felony,

- Your bail commissioner will give you a "<u>Request For A Lawyer</u>" form.  You must complete the form and get the form to the Court. You can:
  - Give the completed form to the bail commissioner, OR Take or mail the completed form to the Court <u>before</u> your first court date.
- When the Court gets your completed "<u>Request For A Lawyer</u>" form, they will give you an answer within 24 hours. The answer will be one of these:
  - "A lawyer will be appointed and the lawyer will contact you. OR;
  - You have too much money to get a court appointed lawyer.
    - If this happens and you disagree, you can ask the Court to reconsider their decision by filing a motion. The Court needs more information that you left off your form.

Contact the Court at 1-855-212-1234 if you haven't heard from them within three days of turning in your form.

- **If you are in custody**, the Court will appoint a lawyer for you. You can complete your "<u>Request For A Lawyer</u>" form now, or when you go to court.

## PENALTY FOR OFFENSE COMMITTED WHILE ON RELEASE PURSUANT TO RSA 597:14-b

I.   A person convicted of an offense while released pursuant to this chapter shall be sentenced, in addition to the sentence prescribed for the offense to:

(a) A term of imprisonment of not more than 7 years if the offense is a felony; or

(b) A maximum term of imprisonment of not more than one year if the offense is a misdemeanor.

II.  A term of imprisonment imposed pursuant to this section shall be consecutive to any other sentence of imprisonment. Neither the penalty provided by this section nor any prosecution under this section shall interfere with or prevent the forfeiture of any bail or the exercise by the Court of its power to punish for contempt.

## DETENTION AND SANCTIONS FOR DEFAULT OR BREACH OF CONDITIONS PURSUANT TO 597:7-a

I.   A peace officer may detain an accused until he can be brought before a judge if he has a warrant issued by a judge for default of recognizance or for breach of conditions of release or if he witnesses a breach of conditions of release. The accused shall be brought before a judge for a bail revocation hearing within 48 hours. Saturdays, Sundays and holidays excepted.

II.  A person who has been released pursuant to the provisions of RSA 597:2 and who has violated a condition of his release is subject to a revocation of release, an order of detention, and a prosecution for contempt of court.

III. The State may initiate a proceeding for revocation of an order of release by filing a motion with the Court which ordered the release and the order of which is alleged to have been violated. The Court may issue a warrant for the arrest of a person charged with violating a condition of release, and the person shall be brought before the Court for a proceeding in accordance with this section.

## TAMPERING WITH WITNESS AND INFORMANTS PURSUANT TO RSA 641:5

A person is guilty of a Class B felony if:

I.   Believing that an official proceeding, as defined in RSA 641:1, II or investigation is pending or about to be instituted, s/he attempts to induce or otherwise cause a person to:

(a) Testify or inform falsely; or

(b) Withhold any testimony, information, document or thing; or

(c) Elude legal process summoning him to provide evidence; or

(d) Absent himself/herself from any proceeding or investigation to which s/he has been summoned; or

II.  S/he commits any unlawful act in retaliation for anything done by another in his/her capacity as witness or informant; or

III. S/he solicits, accepts or agrees to accept any benefit in consideration of him/her doing any of the things specified in paragraph 1.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: _____

Case Name: _____

Case Number: _____
(if known)

## REQUEST FOR A LAWYER

Name: _____

Address: _____

Telephone: _____ Date of Birth: _____ Age: _____

Marital Status   ☐ Single   ☐ Married   ☐ Divorced   ☐ Separated   ☐ Widowed

List dependents you personally support:  (Include address if not same as yours.  List relationship & age)

a. _____   c. _____

b. _____   d. _____

|  |  | YOURS | SPOUSE |
|---|---|---|---|
| **1. AVAILABLE MONEY** | | | |
| a. Cash on Hand | | $ _____ | $ _____ |
| b. Checking and savings accounts | | $ _____ | $ _____ |
| c. Stock, Bonds, Trusts, CD's, Other | | $ _____ | $ _____ |
| | **TOTAL:** | $ _____ | $ _____ |
| **2. INCOME** | | | |
| a. Salary/Wages – Take home pay (weekly ____ x 4.333=) | | $ _____ | $ _____ |
| b. Alimony or Maintenance Received (weekly ___ x 4.333=) | | $ _____ | $ _____ |
| c. Child Support Received (weekly _____ x 4.333=) | | $ _____ | $ _____ |
| | **TOTAL:** | $ _____ | $ _____ |

**3. EMPLOYMENT YOURS**                                           **SPOUSE**

a. Employer: _____   _____

b. Address: _____   _____

Check:   ☐ Full Time ☐ Part Time ☐ Seasonal   ☐ Full Time ☐ Part Time ☐ Seasonal

**4. HOUSING COSTS**

a. Monthly Rent or Mortgage ................................................. $ _____

b. Utilities (Electricity, heat, etc) ........................................... $ _____

                                                    **TOTAL:** ..................... $ _____

**5. MONTHLY LOAN PAYMENTS** (List only loans and regular payments not listed elsewhere. NOT for monthly living expenses.)

| Name | Purpose | Still Owe | Monthly Payment |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| | **TOTAL:** ..................... | | $ _____ |

**6. OTHER PAYMENTS** - Alimony Paid, Child Support, Restitution, Child Care

| Name | Purpose | Still Owe | Monthly Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | **TOTAL:** | | $ |

**7. PROPERTY**

a. Do you own a house or other real estate? ☐ Yes (if yes, list) ☐ No

Market Value $ 1000000000

Who holds mortgage ______ Mortgage Owed $ 1000000000

b. Have you sold or transferred any real estate or personal property worth $200 or more in the last 6 months? ☐ Yes (if yes list) ☐ No

| Property | To Whom Transferred | Value | Amount Received |
|---|---|---|---|
| 1000000000.32 | 1000000000.32 | $ 1000000000 | $ 1000000000 |
| 1000000000.32 | 1000000000.32 | $ 1000000000 | $ 1000000000 |

**8. REMARKS**

Check each box to show that you have read and understand the section.

☐ I request that the court appoint an attorney to represent me as I cannot afford to hire one.

☐ If the court appoints a lawyer, I UNDERSTAND THAT I MAY BE REQUIRED TO REPAY THE SERVICES PROVIDED TO ME BY COURT APPOINTED COUNSEL UNLESS THE COURT FINDS THAT I AM OR WILL BE FINANCIALLY UNABLE TO PAY. I must contact OCC within 5 days to confirm my mailing address and talk about paying my legal fees.

☐ I understand that if I do not agree with the eligibility findings made by the court or the ability to repay decisions made by OCC, I may file a motion with the court.

☐ I understand that I am required to notify the OCC and the court of every change of address while I still owe the state for the cost of my representation. I further understand that if at any time prior to the disposition of my case, my financial condition changes, I must notify the Court and OCC immediately.

☐ I hereby authorize the State of New Hampshire, Office of Cost Containment to obtain any and all information with regard to my employment and financial condition from government agency, bank, creditor or employer.

Verification: I verify the truth and accuracy of all facts alleged within this document to the best of my belief and further verify that all facts contained in this document are alleged in good faith. By signing or affixing my electronic signature to this document I acknowledge my understanding that any false statements made in this document are punishable as perjury which may include a fine or imprisonment or both.

Date ______ Applicant Signature ______

**FOR COURT USE**

☐ Application Approved. ☐ Application Denied.

Date ______ Signature of Judge (required only if request is denied) ______