# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JACOB PARLIN,<br><br>        Defendant. | Case No. 21-CR-10350-LTS |

### DECLARATION OF DAVID J. GRIMALDI

I, David J. Grimaldi, do hereby state that the following is true to the best of my knowledge, information, and belief:

1. I represent Jacob Parlin in the above-captioned matter.

2. On August 3, 2023, I called the 10th Circuit, District Division, Hampton in New Hampshire. I inquired whether the individual known as A.Y. in this matter ever had any criminal cases in that court or throughout the state of New Hampshire. I was transferred to a court assistant in Concord, New Hampshire. That court assistant conducted a database search for A.Y. and, using his/her full name, informed me that nobody with that name has ever had a criminal case in any court in the state of New Hampshire.

DATE: August 4, 2023    Respectfully Submitted,

/s/ David J Grimaldi
David J. Grimaldi

1