# Exhibit A

```
                 Rockingham County Sheriff's Department              Page:  1
        SUPPLEMENTAL NARRATIVE FOR DEPUTY SHERIFF STEPHEN TFO1-SOARE
             Ref: 2101-97-OF

     Entered:  04/01/2021 @ 1059        Entry ID:     9791
     Modified: 04/13/2021 @ 0916        Modified ID:  9676
     Approved: 04/13/2021 @ 0922        Approval ID:  9676
```

On March 31, 2021, I applied for a search warrant on a 2019 Chrysler 300 VIN# 2C3CCABG6KH609410 bearing Florida Registration DFTK46.  The vehicle had been operated by a,

>            Jacob Parlin, D.O.B. ▓▓▓▓ 1979
>            1230 Carl Broggi Highway
>            Lebanon, ME

At approximately 1:00pm, the search warrant was granted by the honorable Judge Marguerite Wageling.  At approximately 2:00pm, Rockingham County Sheriff's Deputy Lindsey Cunningham and I executed the search warrant on the listed vehicle.  Before opening the vehicle, it was photographed in its entirety.  Before removing anything from the vehicle, the items were photographed in their found locations.  Starting at the driver's side front door we systematically worked our way counter clockwise, searching the car in its entirety.

I located half of a small orange pill in the driver's side front door handle.  This pill resembled a placebo style Adderall pill that we have recently seen which is known to be "pressed" Methamphetamine.  Underneath the driver's front seat was 2 white plastic shopping bags.  Inside the shopping bag was 2 separate "heat shrink" style packages containing a translucent glass like substance that is known to me through my training and experience to be Methamphetamine.  I located a cell phone underneath the driver's seat of the car that was initially taken from the vehicle, but returned to the owner.  In the trunk, inside a bag, I located a small bottle cap with white powder residue that was consistent with a device used to prepare narcotics for intravenous use.  Inside the same bag I also located a glass smoking pipe, and a used Hypodermic Needle.  The  used hypodermic needle were left with the vehicle.

For purposes of an inventory, miscellaneous clothing, shoes, costume style jewelry, and toiletries were found and later left with the vehicle.  Numerous bottles of drinking alcohol were found in the trunk of the vehicle as well.  There were several $1.00 bills inside the vehicle that had been rolled up.  This is very common for drug users to do as a method of snorting drugs.  I also noted that there were several scratch tickets inside the car.  The dollar bills and scratch tickets were left with the vehicle.