Exhibit B

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code ██████████ | 2. Cross File | Related Files | 3. ████████████████████ |
|---|---|---|---|
| 5. By: David V Golia, SA<br>At: BOSTON, MA DIVISION OFFICE | ☐<br>☐<br>☐<br>☐<br>☐ | | 6. File Title ████████████ |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>03-15-2021 |
| 9. Other Officers: | | | |

| 10. Report Re: Surveillance of Harry TAM & Vincent DUONG on March 11, 2021, in support of Operation Midas Touch. |
|---|

### SYNOPSIS

1. On March 11, 2021, Federal and State Investigators conducted physical/remote surveillance of Harry TAM and his associates in support of DEA case ██████████ (Operation Midas Touch). As a result of surveillance efforts, Vincent DUONG was followed to Rochester, NH where he was observed meeting with a male subject driving a Maine registered vehicle.

### DETAILS

1. At approximately 7:37 p.m. the wireroom advised that via Target Telephone One (hereafter referred to as TT1) session 110: Vincent DUONG advised Harry TAM that he saw a "toy" in Maine that he wanted to go get.

2. At approximately 7:38 p.m. the wireroom advised that via TT1 session 113: TAM advised Jacob PARLIN that DUONG would be coming to see him (PARLIN) because he (DUONG) had seen some "things" that he liked. PARLIN told TAM to tell DUONG to meet him (PARLIN) in Rochester, NH.

3. At approximately 8:36 p.m. surveillance units located DUONG operating MA Reg: 6LB726 in the area of 159 Maine Street, Stoneham, MA. Surveillance units then followed DUONG as he operated MA Reg: 6LB726 to Rochester, NH to meet with PARLIN.

4. At approximately 9:29 p.m. the wireroom advised that via Target Telephone two (hereafter referred to as TT2) session 1168: DUONG advised

| 11. Distribution:<br>Division<br><br>District<br><br>Other | 12. Signature (Agent)<br><br>/s/ David V Golia, SA | 13. Date<br>03-15-2021 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ Garth J Hamelin, GS | 15. Date<br>03-15-2021 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO_000244

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** | ▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉ |
| *(Continuation)* | 3. File Title | |
| | ▉▉▉▉▉▉▉▉ | |
| 4.<br>Page   2   of   3 | | |
| 5. Program Code<br>▉▉▉▉▉▉▉ | 6. Date Prepared<br>03-15-2021 | |

PARLIN that he was twenty minutes away from meeting him at a carwash location, and PARLIN advised that he would text the precise address.

5. At approximately 9:32 p.m. the wireroom advised that via TT2 session 1178: PARLIN texted DUONG the address 83 Highland St., Rochester, NH.

6. At approximately 9:35 p.m. surveillance units observed a blue four door Chevrolet pickup truck (ME Reg: 8976YD) arrive at the carwash located at 83 Highland St., Rochester, NH. Upon arrival, ME Reg: 8976YD parked in one of the carwash bays.

7. At approximately 9:45 p.m. surveillance units observed DUONG arrive at the carwash located at 83 Highland St., Rochester, NH. DUONG parked his vehicle (MA Reg: 6LB726) in the carwash bay next to the bay where ME Reg: 8976YD was parked.

8. A male subject with long hair wearing a white long sleeve shirt and jeans exited ME Reg: 8976YD, and DUONG exited MA Reg: 6LB726. DUONG and the male subject proceeded to meet together, and the two walked back and forth to the pickup truck (ME Reg: 8976YD) a number of times.

9. At approximately 9:55 p.m. surveillance units observed the male subject and DUONG re-enter their respective vehicles, and shortly thereafter they both departed the carwash located at 83 Highland St., Rochester, NH.

10. At approximately 10:05 p.m. surveillance was terminated.

11. Surveillance units: TFO Paul Callahan, TFO Bob Adams, TFO Chris Klier, TFO Christopher Musick, TFO Earl Perkins, and SA Kevin Mello; Wireroom: TFO Amie Le



**DEA** Form        **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮▮▮▮    2. G-DEP Identifier ▮▮▮▮ |
| 4.  **Page   3   of   3** | ▮▮▮▮ |
| 5. Program Code ▮▮▮▮ | 6. Date Prepared 03-15-2021 |



**DEA** Form    **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

USAO_000246