Exhibit C

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Matthew J McDonnell, TFO<br>At: BOSTON, MA DIVISION OFFICE | | | | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>04-01-2021 | |

9. Other Officers:

10. Report Re: Acquisition of Exhibit N-71 and Exhibit N-72, surveillance photos from 3-6-21 in support of Operation Midas Touch

**DETAILS**

1. On March 6, 2021, surveillance was established at the residence of Vincent DUONG at 37 Kings Rd. Canton, MA. Brookline Det. Duane Danforth took photographs of the residence and arrival of the FedEx parcel suspected of 2 pounds of methamphetamine. These photographs were then transferred to TFO McDonnell.

2. On March 6, 2021, surveillance was established at the Residence Inn at 250 2nd Ave. Waltham, MA to coincide with wire intercept calls of Vincent DUONG and James COLAMARIA. Brookline PD Det. Duane Danforth took photographs of DUONG arriving to the area MA Reg. 6LB726, going to the trunk of the vehicle, and removing the FedEx parcel of which he discussed on wire interceptions, giving 2 pounds to COLAMARIA. COLAMARIA was observed arriving in am Uber vehicle. Observations of both were made entering the hotel and then DUONG leaving the hotel and returning to his vehicle and placing a backpack in the trunk prior to departing. These photographs were transferred to TFO McDonnell.

**CUSTODY OF EVIDENCE**

1. Exhibit N-71 is described as a DVD containing photographs of 37 Kings Rd. Canton, MA as well as the arrival of FedEx Express delivery truck and delivery of parcel destined for Vincent DUONG suspected of containing methamphetamine taken by Brookline Det. Danforth on 3-6-21. On 4-1-21, TFO McDonnell burned the photographs to the DVD. On 4-1-21, TFO McDonnell

| 11. Distribution:<br>Division<br>District<br>Other | 12. Signature (Agent)<br>/s/ Matthew J McDonnell, TFO | 13. Date<br>04-01-2021 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ Christian Brackett, GS | 15. Date<br>04-05-2021 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO_000221

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

1. File No. [redacted]
2. G-DEP Identifier [redacted]

4. Page 2 of 2

[redacted]

6. Date Prepared  04-01-2021

placed the exhibit in SSEE # S001250885, which was then sealed by TFO McDonnell, witnessed by TFO Callahan.

2. Exhibit N-72 is described as a DVD containing photographs of the arrival of Vincent DUONG in MA Reg. 6LB726 to the Residence Inn at 250 2nd Ave. Waltham, MA, removing the FedEx parcel from the trunk of the vehicle and entering the hotel to meet James COLAMARIA taken by Brookline Det. Danforth on 3-6-21. On 4-1-21, TFO McDonnell burned the photographs to the DVD. On 4-1-21, TFO McDonnell placed the exhibit in SSEE # S001247902, which was then sealed by TFO McDonnell, witnessed by TFO Callahan.



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO_000222

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File  Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: Robert S Adams, TFO  At: BOSTON, MA DIVISION OFFICE | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  03-08-2021 | |

9. Other Officers:

10. Report Re: Surveillance of Harry TAM on March 06, 2021 in support of Operation Midas Touch.

### SYNOPSIS

1. On March 6, 2021, Surveillance was conducted on Harry TAM in response to calls intercepted over wire interceptions on TAM's telephones 617-817-6006 and 857-452-2716. During the surveillance, TFO Adams and other surveillance units observed Vincent DUONG, an associate and courier for TAM, take delivery of a Crystal Methamphetamine Package by mail, and subsequently sell this package to a buyer.

### DETAILS

1. Based on information received via intercepted calls on 3-5-2021, surveillance was set up on 37 Kings Rd, Canton, MA. This is the residence of Vincent DUONG, who was to be receiving delivery of a package of possible crystal methamphetamine for TAM from California.

2. Surveillance was established at 9:20am, and investigators confirmed that the vehicle DOUNG operates, a grey Lexus bearing MA 6LB726 was parked in the driveway.

3. At 10:31am session #265 on TT1 (6006) to TT2 (2716) was intercepted. This call was TAM advising DUONG that the "package" should be to his house by 11:30am. DOUNG indicated to TAM that he was sleeping and as soon as the package arrived he will grab it and go. Both speak of getting money out by mail by the end of the day.

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  /s/ Robert S Adams, TFO | 13. Date  03-08-2021 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Garth J Hamelin, GS | 15. Date  03-23-2021 |

DEA Form  - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO_000223

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title | |
| 4. Page 2 of 3 | | |
| 5. Program Code  SEP460 | 6. Date Prepared  03-08-2021 | |

4. At 11:34am surveillance units confirmed the delivery of a package by FEDEX to 37 Kings Rd, Canton, MA.

5. At 12:16pm session #272 from TT1 to TT2 was intercepted. On the call DUONG advised TAM that the package was delivered.

6. At 1:03pm session number #253 on TT2 is intercepted. The call is from DUONG to 617-230-7601, known by investigators to be James COLAMARIA. DUONG advised COLAMARIA that the "stuff is here"

7. At 1:18pm surveillance units observe DUONG placing the package that was delivered into the trunk of the grey Lexus. DUONG then leaves in the vehicle, and is followed by surveillance units.

8. At 1:21pm session #273 on TT1 to TT2 is intercepted. On this call DUONG tells TAM he is coming to Allston, but TAM tells him not to, due to TAM's girlfriend being on her way home. DUONG then tells TAM that he is going shopping. Surveillance continues to follow DUONG until he arrived at the Copley Plaza parking garage on Huntington Ave, Boston.

9. At 1:48pm session #274 is intercepted, which is a call from TT1 to TT2. On this call TAM and DUONG discuss receiving the package of Crystal Methamphetamine today, and intending to sell "Jimmy" (COLAMARIA) 2 pounds. TAM then tells DUONG to save him a gram. The two also discuss sending money "out" by 3pm in order to get another package on Monday.

10. At 2:30pm session #262 on TT2 is intercepted. This is an incoming text from COLAMARIA (7601) to DUONG stating he is going to be at the Residence Inn in Waltham (250 Second Street, Waltham) in 20 minutes. Return text (session #263) from DUONG states he will be on the way. At this time Surveillance units move to the Waltham location to establish surveillance.

11. At 3:22pm session #266 on TT2 is intercepted. This is an incoming text from COLAMARIA to DUONG stating he will meet him at the front door. DUONG acknowledges.

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO_000224

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ■■■ | 2. G-DEP Identifier ■■■ |
|---|---|---|
| | 3. File Title ■■■ | |
| 4. Page 3 of 3 | | |
| 5. Program Code ■■■ | 6. Date Prepared 03-08-2021 | |

12. At 3:45pm session #275 is intercepted on TT2, this is an outgoing message from DUONG telling COLAMARIA he is 26 minutes away.

13. At 4:09pm surveillance units observed DUONG arrive in the grey Lexus, and park in the lot close to the front door. At 4:45pm surveillance units observe MA 4YEH30 arrive in the lot driven by COLAMARIA. COLAMARIA is seen walking in the front door of the hotel.

14. At 4:49pm surveillance observes DUONG exit the vehicle, grab a backpack and the box that was delivered earlier out of the trunk, and walk into the hotel.

15. At 5:22pm surveillance observed DUONG exiting the hotel, and leave the lot in the grey Lexus. DUONG is lost by surveillance on I-95 south in the are of I-90.

16. Surveillance and interception continued with no pertinent information until both were terminated at 1:30am on 3-7-21.



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO_000225